IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **JEFFREY DONIEL PEOPLES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv597-MHT |
| | ) | (WO) |
| **MICKEY WHITE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The recommendation of the magistrate judge (doc. no. 8) is vacated.

(2) Plaintiff's motion to dismiss (doc. no. 6) is granted, and this case is dismissed in its entirety without prejudice, with no costs taxed.

This case is closed.

DONE, this the 31st day of August, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**